UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHELSY DAVIS,

    Defendant.

Case No. 3:24-cr-14

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL (Doc. No. 52); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE**

---

The Court **GRANTS** the Government's motion to unseal the case (Doc. No. 52) and **DIRECTS** the Clerk of Court to unseal the case. This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

**IT IS SO ORDERED.**

March 24, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge